UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

  UNITED STATES OF AMERICA,                      **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

                                                                       21 MAG 2686

YOMELBIN LIZARDO,

                                          Defendant(s).

------------------------------------------------------------------X

Defendant   YOMELBIN LIZARDO   hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X_      Initial Appearance Before a Judicial Officer

___      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__      Bail/Detention Hearing

___      Conference Before a Judicial Officer


YOMELBIN LIZARDO, SIGNED ELECTRONICALLY
BY COUNSEL ON DEFENDANT'S BEHALF
WITH DEFENDANT'S CONSENT
_____/S/_____            _____
Defendant's Signature                                       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

YOMELBIN LIZARDO                                 DANIEL S. PARKER
Print Defendant's Name                            Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

3/12/21

_____                          _____
Date                                             U.S. District Judge/U.S. Magistrate Judge